UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: Daidrie Langley Graham | CASE NO: 23-62269-jwc |
| S. Gregory Hays, Chapter 7 Trustee,<br>v.<br>Marsel Spears | ADVERSARY CASE NO: 24-05099-jwc<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No. 1 |

On 5/3/2024, I did cause a copy of the following documents, described below,

Complaint for Turnover ECF Docket Reference No. 1

Summons in an Advesary Proceeding 2

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider. A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 5/3/2024

<u>/s/ G. Frank Nason, IV</u>
G. Frank Nason, IV  535160
Attorney for DebtorLamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, NW, Suite 435
Atlanta, GA  30328
404 316 7606

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: Daidrie Langley Graham | CASE NO: 23-62269-jwc |
| | ADVERSARY CASE NO: 24-05099-jwc |
| S. Gregory Hays, Chapter 7 Trustee, | |
| v. | **CERTIFICATE OF SERVICE** |
| Marsel Spears | Chapter: 7 |
| | ECF Docket Reference No. 1 |

On 5/3/2024, a copy of the following documents, described below,
Complaint for Turnover ECF Docket Reference No. 1

Summons in an Advesary Proceeding 2

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/3/2024

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, NW, Suite 435
Atlanta, GA  30328

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS
MARSEL SPEARS
5304 DERBY MANOR LANE
UPPER MARLBORO MD 20772