**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NUMBERS: |
| Daidrie Langley Graham, | : | BANKRUPTCY CASE NO. 23-62269-JWC |
| Debtor. | : | |
| S. Gregory Hays, Chapter 7 Trustee | : | ADVERSARY CASE NO. 24-5099 |
| Plaintiff, | : | |
| v. | : | |
| Marsel Spears, | : | CHAPTER 7 |
| Defendant. | : | JUDGE CAVENDER |

**ORDER AND NOTICE OF STATUS HEARING**

PLEASE TAKE NOTICE that the court will hold a status conference in the above-styled adversary proceeding to consider the current progress of the case and all issues relevant to the timely resolution of this adversary proceeding, including scheduling the matter for trial.

The status conference will be held on the 1st day of **May, 2025**, at **2:00 P.M.**, in Courtroom **1203**, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone

dial-in information on the judge's webpage.

**IT IS SO ORDERED.**

At Atlanta, Georgia, this 4th day of April, 2025.

_____
JEFFERY W. CAVENDER
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF MAILING

Pursuant to Fed. R. Bak. P. 9022, I certify that on the date stated below, I served a copy of the foregoing Notice on each of the persons and entities named below by United States Mail at the respective address show:

**G. Frank Nason, IV**
Lamberth Cifelli Ellis & Nason PA
Ste 290
6000 Lake Forrest Drive, NW
Atlanta, GA 30328

**Marsel Spears**
5304 Derby Manor Lane, Suite 202
Upper Marlboro, MD 20772

**S. Gregory Hays**
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

**Daidrie Langley Graham**
6595 Roswell Road STE -G PMB 747
Atlanta, GA 30328

**Will B. Geer**
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, GA 30329

_____
Monique J. Chapple
Courtroom Deputy Clerk to Judge Jeffery W. Cavender
April 4, 2025